# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

159794 & (33)(34)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TERRELL DEJUAN ROCHE,
      Defendant-Appellant.

SC: 159794
COA: 346298
Genesee CC: 14-034889-FC

_____/

      On order of the Court, the application for leave to appeal the April 23, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand and appoint counsel are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



b0224

Clerk